# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HECTOR H PENA OTERO

Bkrtcy. No. 10-06964-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jul 31, 2010
Meeting Date: Nov 03, 2010
DC Track No. 7

Days from petition date: 95
Meeting Time: 9:00 AM

910 Days before Petition: 2/2/2008
☐ Chapter 13 Plan Date: Jul 31, 2010 Dkt.# 2   ☐ Amended.

This is debtor(s) 1ST Bankruptcy petition.
Plan Base: $43,500.00

This is the 2nd Scheduled Meeting
Confirmation Hearing Date: Nov 30, 2010   Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. — Date — Amount
Total Paid In: $2,175.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☒ Creditor(s) present: ☐ None.
BPPR

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $676.00   Outstanding: $2,324.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.
Liquidation Value: $18,206.00 TBD
Commitment Period is ☐ 36 (BD) ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: _____

1040 pr 2006-2008
PR Tax 2006-2009
2006 not stamped

### V. Trustee's OBJECTIONS to Confirmation: ① docs pending
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☒ Fails Creditor's Best Interest Test §1325(A)(4)
① ☒ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
② - Debtor must file paystubs within the next 5 days.
② - Insurance quote must also be submitted
— Sch 16 will be amended to include wife.
① - Wife's Xmas bonus was not included in the Sch I
① - Tax Refunds are disposable income and should be used to fund the plan

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Nov 03, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

There is an issue regarding the existence of a second mortgage. The case's liquidation value might be affected.

If there isn't a mortgage (2nd) there might be a recovery pending for the monies paid during the 3 month period before filing.

Means Test will be amended to remove BPPR from line 47.

Business Questionnaire must be submitted.

Trustee / Presiding Officer    Page 2 of 2    Date: NOV 3 2010